**FENNEMORE CRAIG, P.C.**
Brenoch R. Wirthlin, Esq. (No. 10282)
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: 702.692.8000
Facsimile: 702.692.8099
Email: mhawkins@fclaw.com
Email: bwirthlin@fclaw.com

*Attorneys for Plaintiff FH Properties, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FH PROPERTIES LLC, a Texas limited-liability company, as successor-in-interest to FH Partners LLC as successor-in-interest to Federal Deposit Insurance Corporation, as Receiver for Silver State Bank,<br><br>              Plaintiff,<br><br>*vs.*<br><br>WASIAK INVESTMENTS I, LLC, a Nevada limited-liability company, LAS VEGAS TANGO, LLC, a Nevada limited-liability company, JAVIER J. WASIAK, LLC, a Nevada limited-liability company, JAVIER J. WASIAK, an individual,<br><br>              Defendants. | Case No.:  2:15-cv-01005-APG-PAL<br><br><br><br>**STIPULATION AND ORDER<br>TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, FH PROPERTIES LLC, a Texas limited-liability company, as successor-in-interest to FH Partners LLC as successor-in-interest to Federal Deposit Insurance Corporation, as Receiver for Silver State Bank ("Plaintiff") and Defendants WASIAK INVESTMENTS I, LLC, a Nevada limited-liability company, LAS VEGAS TANGO, LLC, a Nevada limited-liability company, JAVIER J. WASIAK, LLC, a Nevada limited-liability company, and JAVIER J. WASIAK, an individual (collectively "Defendants" and with Plaintiff referred to as the "Parties"), by and through their respective counsel of record, as follows:

FENNEMORE CRAIG
LAS VEGAS

11359025.1/027290.0035

1    1.    WHEREAS, on or about December 29, 2015, the Parties reached a settlement of
2  this matter and entered into a Settlement Agreement and Mutual Release of All Claims (the
3  "Settlement Agreement"), resolving the claims in this action; and

4    2.    WHEREAS, pursuant to the Settlement Agreement, the Parties agreed that upon
5  execution of the Settlement Agreement and payment of a Settlement Amount (as defined in the
6  Settlement Agreement), the above-captioned case should be dismissed in its entirety with
7  prejudice, each party to bear its own attorneys' fees and costs; and

8    3.    WHEREAS, the Defendants have now executed the Settlement Agreement and
9  paid the Settlement Amount.

10    NOW THEREFORE, in consideration of the foregoing, the Parties hereby agree and
11  stipulate as follows:

12    A.    The above-captioned case shall be dismissed in its entirety with prejudice as to
13  each of the Defendants;

14    B.    All currently calendared status checks, pre-trial conferences, calendar calls, and
15  any other pre-trial proceedings or pending hearings shall be vacated; and

16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

11359025.1/027290.0035

C.      Each party is to bear its own attorneys' fees and costs.

Dated this 25th day of February, 2016.           Dated this 25th day of February, 2016.

**SCHWARTZ FLANSBURG PLLC**              **FENNEMORE CRAIG, P.C.**


By  */s/ Samuel A. Schwartz*                        By ____ */s/ Brenoch R. Wirthlin* _____
    Samuel A. Schwartz, Esq. (No. 10985)            Brenoch R. Wirthlin, Esq. (No. 10282)
    Brian Blankenship, Esq. (No. 11522)              300 South Fourth Street, Suite 1400
    6623 Las Vegas Blvd South                        Las Vegas, Nevada  89101
    Suite 300                                        *Attorneys for Plaintiff FH Properties,*
    Las Vegas, NV  89119                             *LLC*
    *Attorneys for Defendants*


                                          **IT IS SO ORDERED:**


                                   _____
                                    United States District Judge
                                    Dated:  February 26, 2016.

SUBMITTED BY:

Dated this 25th day of February, 2016.

**FENNEMORE CRAIG, P.C.**


By _____ */s/ Brenoch R. Wirthlin* _____
    Brenoch R. Wirthlin, Esq. (No. 10282)
    300 South Fourth Street, Suite 1400
    Las Vegas, Nevada  89101
    *Attorneys for Plaintiff FH Properties, LLC*

11359025.1/027290.0035

- 3 -